UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**Leonel Geovanny Morocho Arteaga**

v. Case No.: **3:26-cv-01376-OAW**

**Officer in Charge Hartford District Sub Office of ICE Connecticut, et al.**

# ORDER

Under the All Writs Act, 28 U.S.C. Sec. 1651, and the Court's authority "to preserve existing conditions while it [is] determining its own authority to grant … relief," *U.S. v. United Mine Workers of America*, 330 U.S. 258, 293 (1947), **the Court hereby restrains Respondent(s) from transferring Petitioner to any ICE detention facility beyond 150 miles of the Connecticut border.** The limited purpose of this order is to preserve the status quo at the time the petition was filed so that the Court may decide if it has jurisdiction over the habeas petition and, if so, what if any relief is warranted. *See Ozturk v. Hyde*, 136 F.4th 382, 394 (2d Cir. 2025) ("The district court undeniably has an inherent authority to protect its proceedings." (alteration omitted)). The Clerk's Office shall immediately serve the petition and this order on the Respondent by emailing these documents to Assistant U.S. Attorneys Michelle McConaghy and John Larson.

August 26, 2026
Date

/s/ Omar A. Williams
United States District Judge